No. M–45. HOLTZ ET AL. v. SMITH. Motion to treat an untimely petition for writ of certiorari as a conditional cross-petition for writ of certiorari denied.

No. 84, Orig. UNITED STATES v. ALASKA. Motion of Alaska for additional time for oral argument granted, and 30 additional minutes are allotted for that purpose. Motion of California for leave to participate in oral argument as *amicus curiae* and for divided argument denied. [For earlier order herein, see, *e. g.,* *ante,* p. 1025.]

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $19,530 for the period June 1 through November 15, 1996, to be paid as follows: 30% by Nebraska, 30% by Wyoming, 15% by Colorado, and 25% by the United States. [For earlier order herein, see, *e. g.,* 518 U. S. 1002.]

No. 120, Orig. NEW JERSEY v. NEW YORK. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $255,157.62 for the period May 15 through November 15, 1996, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 517 U. S. 1242.]

No. 95–1425. ABRAMS ET AL. v. JOHNSON ET AL.; and
No. 95–1460. UNITED STATES v. JOHNSON ET AL. D. C. S. D. Ga. [Probable jurisdiction noted, 517 U. S. 1207.] Motion of appellees Davida Johnson et al. to supplement the record denied.

No. 95–1621. HARBOR TUG & BARGE CO. v. PAPAI ET UX. C. A. 9th Cir. [Certiorari granted, 518 U. S. 1055.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.